IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

DAVCO HEIGHTS 2 LLC,         )
                    )
Plaintiff,                )
                    )
v.                    )      Civil Action No.: 3:24-cv-50376
                    )
                    )
TRISURA SPECIALTY INSURANCE   )
COMPANY,             )
                    )
Defendant.

## <u>MOTION TO DISMISS WITH PREJUDICE</u>

In accordance with Federal Rule of Civil Procedure 41, Plaintiff, Davco Heights 2 LLC, hereby files this Motion to Dismiss with Prejudice, and request that the Court dismiss all of Plaintiff's claims against Defendant, Trisura Specialty Insurance Company, with prejudice. In support of this motion, Plaintiff states that they have entered into a settlement agreement with Defendant that fully and finally resolves all claims, including all claims that were asserted, or that could have been asserted, in the case and therefore the matters in dispute between Plaintiff and Defendants have been resolved with each side bearing their own fees and costs..

WHEREFORE, the Plaintiff's, Davco Heights 2 LLC, request that the Court enter an order dismissing the case with prejudice.

Dated:  December 8, 2025