## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Western Division

Davco Heights 2 LLC

                      Plaintiff,

v.                                      Case No.: 3:24–cv–50376

                                      Honorable Rebecca R. Pallmeyer

Trisura Specialty Insurance Company

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 9, 2025:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion to Dismiss with Prejudice [41] is granted. Pursuant to Federal Rule of Civil Procedure 41, this case is dismissed with prejudice. Each side bearing their own fees and costs. Civil case terminated. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.